**Bruce A. Neilson #096952**
**7108 N. Fresno St. #190**
**Fresno, California  93720**
**Telephone (559) 432-9831**
**Facsimile (559) 432-1837**

**Attorney for Defendants**
Nirmal Singh, individually and dba Ace Liquor
and Sukhjit Kaur

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| NATIVIDAD GUTIERREZ, | CASE NO. 1:13-cv-00877 AWI SAB |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE |
| vs. | |
| NIRMAL SINGH, individually and dba ACE LIQUOR; SUKHJIT KAUR; | |
| Defendants. | |

WHEREAS:

1. Plaintiff Natividad Gutierrez filed this action on June 11, 2013.

2. Plaintiff and Defendants are in settlement negotiations at this time and a settlement is expected in a couple of weeks, or the time it takes to complete the CASp report, which has been partially completed.  Following receipt of the full report, the parties expect the matter to settle promptly.

3. Parties agree that settlement of this case would save valuable court time and resources.

NOW THEREFORE, Defendants through their attorney, and Plaintiff Natividad Gutierrez, through his attorneys, hereby stipulate and agree that the mandatory scheduling conference in this matter shall be continued to a date after October 24, 2013 at the Court's convenience, pending court approval.

IT IS SO STIPULATED.

Dated: September 12, 2013                       /s/ Bruce A. Neilson
                                                Bruce A. Neilson, Attorney for Defendants

                                                MOORE LAW FIRM, PC

Dated: September 12, 2013                       /s/ Tanya E. Moore
                                                Tanya E. Moore, Attorneys for Plaintiff

**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the mandatory scheduling conference in this action be continued from September 24, 2013 to November 5, 2013 at 2:30 p.m. in Courtroom 9 of the above entitled court.  A joint scheduling report shall be filed no later than seven (7) days prior to this date.

IT IS SO ORDERED.

  Dated:   **September 13, 2013**
                                                UNITED STATES MAGISTRATE JUDGE