# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NIRMAL SINGH, et al.,<br><br>　　　　　Defendants. | Case No. 1:13-cv-00877-AWI-SAB<br><br>ORDER DIRECTING PLAINTIFF TO FILE DISPOSITIVE DOCUMENTS BY DECEMBER 2, 2013<br><br>(ECF No. 13) |

　　　　This action was filed on June 11, 2013. On October 29, 2013, Plaintiff filed a notice of settlement and requested that he be given until December 2, 2013 to file dispositive documents. Accordingly, Plaintiff's request is GRANTED and Plaintiff is directed to file dispositive documents on or before December 2, 2013.

IT IS SO ORDERED.

Dated: __November 6, 2013__　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1