Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| NATIVIDAD GUTIERREZ, | ) No.  1:13-cv-00877-AWI-SAB |
|                   Plaintiff, | ) **STIPULATION FOR DISMISSAL OF ACTION;  ORDER** |
|            vs. | ) |
| NIRMAL SINGH, individually and dba ACE LIQUOR; SUKHJIT KAUR; | ) |
|                   Defendants. | ) |
| _____ | ) |

1    IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and

2  Defendants Nirmal Singh, individually and dba Ace Liquor; and Sukhjit Kaur, the parties to this

3  action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure

4  41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.   Each

5  party is to bear its own attorneys' fees and costs.

6  Dated: November 8, 2013                    MOORE LAW FIRM, P.C.

7

8                                             /s/ Tanya E. Moore
                                              Tanya E. Moore
9                                             Attorney for Plaintiff
                                              Natividad Gutierrez
10

11

12  Dated: November 8, 2013                   /s/ Bruce A. Neilson
                                              Bruce A. Neilson
13                                            Attorneys for Defendants
                                              Nirmal Singh, individually and
14                                            dba Ace Liquor, and Sukhjit Kaur

15

16

17                                 **ORDER**

18

19    The parties having so stipulated,

20    IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

21  Each party shall bear its own attorney's fees and costs.

22

23  IT IS SO ORDERED.

24  Dated:   November 8, 2013          _____

25                                     SENIOR  DISTRICT  JUDGE

26

27

28

STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER